**Alphonso Steve BRYANT,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections,
Respondent–Appellee.**

No. 00–7440.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Alphonso Steve Bryant, pro se. Mark L. Earley, Attorney General, Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Alphonso Steve Bryant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's

opinion and find no reversible error.* Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Bryant v. Angelone*, No. CA–00–261–3 (E.D.Va. Sept. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* The district court's memorandum opinion incorrectly states that Bryant had until June 8, 2000 to file his § 2254 petition, rather than June 8, 1999. This error does not affect the district court's conclusion that Bryant's petition was barred by the statute of limitations.